# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: DMCA 17 U.S.C. § 512(h) Subpoena to Twitter, Inc. | Case No.<br><br>**DECLARATION OF CECILIA S. CHUNG** |

I, Cecilia S. Chung, declare as follows:

1. I am over the age of eighteen (18) years, and competent to testify to the matters set forth in this declaration. I make this declaration from personal knowledge of these matters.

2. I am an attorney licensed to practice law in the United States District Court, Northern District of California. I am counsel for Angelina Marie Vertucci. I am authorized to act on behalf of Vertucci on matters involving the infringement of Vertucci's copyrighted works. I have personal knowledge of the facts contained herein and, if called upon to do so, I could and would testify competently thereto.

3. I submit this declaration in support of Vertucci's request for issuance of a subpoena to Twitter, Inc. under the Digital Millenium Copyright Act ("DMCA") 17 U.S.C. section 512, subdivision (h). The subpoena seeks

information regarding the identify of the infringer who posted content under the user name "@KILLTOPARTY" at the address: https://twitter.com/KILLTOPARTY. The infringing content is a photograph of Vertucci.

4. On October 4, 2022, I submitted a DMCA takedown notification to Twitter, Inc. through the site's DMCA takedown online request form. The takedown notification identified the infringing content and provided the information required by 17 U.S.C. § 512, subdivision (c)(3)(A). Attached hereto as **Exhibit 1** is a true and correct copy of the notice submitted to Twitter, Inc.

5. On October 7, 2022, my firm mailed a DMCA takedown notification to Twitter, Inc.'s agent registered to receive notices of copyright infringements. This notice was mailed to 1355 Market Street, Suite 900, San Francisco, California 94103. The takedown notification identified the infringing content and provided the information required by 17 U.S.C. § 512, subdivision (c)(3)(A). Attached hereto as **Exhibit 2** is a true and correct copy of the letter notice mailed to Twitter's registered agent.

6. The purpose of this DMCA subpoena is to obtain information regarding the identify of the infringer and such information will only be used for the purpose of protecting Vertucci's rights under the DMCA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 24th day of October, 2022.

_____
Cecilia S. Chung