# Exhibit 1

 **Help Center**  Using Twitter   Managing your account   Safety and security   Rules and policies   Resources ⌄      Contact Us

**Helpful articles**

Trademark policy

Copyright policy

Counterfeit policy

Contact us  |  **Intellectual Property Issues**

# Help with intellectual property issues

**What issue are you having?** (required)

| I need to report possible copyright infringement ⌄ |

**Please verify who is being affected by this** (required)

| I am an authorized representative of the copyright owner ⌄ |

### We're sorry for this experience

Please fill out the form below to report content that you believe violates or infringes your copyright. Be aware that filing a DMCA complaint initiates a statutorily-defined legal process and we will share your full complaint, including your contact information, with the alleged violator. For more information see our Copyright and DMCA policy. To report violations of the Twitter Rules and Terms of Service please see How to report violations.

If you are unsure whether the material you are reporting is in fact infringing (and, for example, not protected by fair use), you may wish to contact an attorney before filing a notification with us.

## Your information

**Copyright owner's full name** (required)

| Angelina Marie Vertucci |

**Your full name** (required)

**Copyright owner's full name (required)**

Angelina Marie Vertucci

**Your full name (required)**

Cecilia Chung

**Company (required)**

Newman Du Wors

**Job title (required)**

Attorney

**Your email (required)**
This is where we'll contact you.

ce*****@ne*****.com

If you need to add an email address to your account, or change the email address you are using for your report, please follow these instructions.

**Street address (required)**

2101 4th Ave. #1500

**City (required)**

Seattle

**State/Province**

Washington

**Postal code**

98121

**Country (required)**

United States

City
```
Seattle
```

State/Province
```
Washington
```

Postal code
```
98121
```

Country (required)
```
United States                                    ⌄
```

Phone number
```

```

Fax number
```

```

## About the platform of infringing material

**Where is this infringement happening? (required)**
If the infringement appears on Twitter and Vine, or Twitter and Periscope, please choose one case at a time. If the infringement is within Vine content that has been tweeted, choose "Vine" to address the issue at the source. If the infringement is within Periscope, choose "Periscope" to address the issue at the source.

◉ Twitter
○ Vine
○ Periscope

## About your copyrighted work

**Type of copyrighted work (required)**
○ Text
◉ Image/Photograph

## About your copyrighted work

**Type of copyrighted work (required)**
- ○ Text
- ● Image/Photograph
- ○ Audio Recording
- ○ Video/Audiovisual Recording
- ○ Other

**Description of the original work (required)**
Please provide a detailed description of the original work (e.g., "photograph of a dog in a bathtub I've taken"). Limit your notice to one specific work or a representative list of works if possible.

> Photograph of Angelina Marie Vertucci.

217

**Link(s) to the original work**
Example 1

> https://www.daterightstuff.com/homepagevideo

[+ Add another link]

## About the infringing material

**Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, etc.)**
Example 1

> https://twitter.com/KILLTOPARTY

[+ Add another link]

We need to review the Tweet, account, space, List, or Moment you're reporting. We have guidance on finding the direct URL of a Tweet on our Help Center.

**Describe infringement (required)**
Please provide a detailed description of the infringement. Please note that we are unable to process a DMCA takedown for Tweets that do not contain links to allegedly infringing materials unless the content of the Tweet itself is copyrighted. If the potential violation is posted as either the profile image, header photo, or both, please provide this information as

## About the infringing material

Please provide URL(s) to the infringing material (e.g., Tweet URL, Periscope broadcast URL, etc.)

Example 1

https://twitter.com/KILLTOPARTY

[+ Add another link]

We need to review the Tweet, account, space, List, or Moment you're reporting. We have guidance on finding the direct URL of a Tweet on our Help Center.

### Describe infringement (required)

Please provide a detailed description of the infringement. Please note that we are unable to process a DMCA takedown for Tweets that do not contain links to allegedly infringing materials unless the content of the Tweet itself is copyrighted. If the potential violation is posted as either the profile image, header photo, or both, please provide this information as well to ensure review.

> Twitter user @killtoparty posted Angelina Marie Vertucci's photograph multiple times without her consent. He disparaged her image, criticized her weight, and called her appearance "deceptive." The user has since made his account private so a direct link to the tweets cannot be provided but the captions of her photograph stated:
>
> "Women think wearing high waisted pants is this incredible magic trick that hides their FUPA in some inaccessible, alternate dimension"
>
> "Conservative dating app, The Right Stuff, understands the dating landscape- even if they're stating publicly that their app is for those who are serious about finding a relationship. The overweight woman, dressed provocatively is a dog whistle for men just looking for sex."
>
> "Everything about this woman's appearance is deceptive: Her hair is bleached, her nails are done, she's wearing tons of make-up and her jeans are so high-waisted, used to camouflage her body size, that they're practically pulled up to her chest."
>
> "Women would rather pull their pants up to their tits than simply lose weight"

13933

**Required statements:**

**Required statements:**

**512(f) Acknowledgment (required)**

☑ I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

**Good Faith Belief (required)**

☑ I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

**Authority to Act (required)**

☑ The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

If you are unsure whether the material you are reporting is in fact infringing (and, for example, not protected by fair use), you may wish to contact an attorney before filing a notification with us.

**Please electronically sign this notice by typing your full name here:**

Signature (required)

Cecilia Chung

I understand that in order to process this notice, Twitter will provide the affected user with a **full copy of this complaint**, including my full name, email, street address, and any other information included in my report, and may provide a version to third parties, such as Lumen, with the contact information removed. For more information see our Copyright Policy.

Submit

Twitter platform    Twitter, Inc.    Help    Developer resources    Business resources
Twitter.com    About the company    Help Center    Developer home    Advertise