Cecilia Chung, State Bar No. 340111
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Phone: (310) 359-8200
Facsimile: (310) 359-8190
cecilia@newmanlaw.com

Counsel for Angelina Marie Vertucci

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: DMCA 17 U.S.C. § 512(h) Subpoena to Twitter, Inc. | Case No. 3:22-mc-80280 <br><br> **NOTICE OF REQUEST FOR ISSUACE OF DIGITAL MILLENNIUM COPYRIGHT ACT SUBPOENA** |

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that per 17 U.S.C. § 512(h)(1) of the Digital Millennium Copyright Act, counsel for Angelina Marie Vertucci respectfully requests that this Court issue the attached proposed subpoena to Twitter, Inc. A declaration in support of the subpoena request has been contemporaneously filed per 17 U.S.C. § 512(h)(2)(c).

Dated: October 24, 2022

Respectfully submitted,

NEWMAN DU WORS LLP

_____
Cecilia S. Chung, State Bar No. 340111
Email:   cecilia@newmanlaw.com

Counsel for Angelina Marie Vertucci