# Exhibit A



**Cecilia Chung**
Direct   +310.359.8191
Main     +310.359.8200
cecilia@newmanlaw.com

29169 Heathercliff Road, Ste 216
Malibu, CA  90265

**SENT BY FIRST-CLASS MAIL**

October 7, 2022

Designated Copyright Agent - Justin Green
Twitter, Inc.
1355 Market Street, Suite 900
San Francisco, CA  94103

**Re:**   **Notice of Copyright Violation (DMCA Takedown Notice), Privacy Violations, and Infringement of Name and Image – Request to Remove Offending Content.**

To Registered DMCA Agent for Twitter, Inc.:

My name is Cecilia S. Chung, I am an agent for the rights holder Angelina Marie Vertucci for content that is appearing on your website. This letter is official notification under Section 512(c) of the Digital Millennium Copyright Act ("DMCA"), and I seek the immediate removal of the following infringing material from your servers.

1. The infringing material, which content belongs to Ms. Vertucci, is the following:

    A photograph of Angelina Marie Vertucci, a blonde woman standing in front of a white background with a tan shirt on. A copy of the infringing image is attached as Exhibit A.

2. The infringing material is located at the following URL(s):

    https://twitter.com/KILLTOPARTY

3. My contact information is:

    Newman Du Wors LLP c/o Cecilia Chung
    29169 Heathercliff Road, Suite 216
    Malibu, CA 90265
    (310) 359-8191
    cecilia@newmanlaw.com; keith@newmanlaw.com

*Designated Copyright Agent*
*October 7, 2022*
*Page 2 of 2*

I am providing this notice in good faith and with reasonable belief that Angelina Marie Vertucci's rights are being infringed. Under the penalty of perjury, I certify that the information contained in this notification is both true and accurate.

Thank you.

NEWMAN DU WORS LLP

Cecilia Chung

# Exhibit A

